IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISRICT
OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| TRACY SWANSON, | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| Plaintiff, | ) | **DISMISSAL PURSUANT TO** |
| vs. | ) | **F.R.C.P. 41(a)(1)(A)(i)** |
| | ) | |
| | ) | Case No.    01-16-cv-02558 |
| | ) | |
| MEDTRONIC SOFAMOR | ) | |
| DANEK USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that the Plaintiff, TRACY SWANSON ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants Medtronic Sofamor Danek USA, Inc..

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a)** **Voluntary Dismissal.**

**(1)** *By the Plaintiff.*

**(A)** *Without a Court Order.* Subject to Rules 23(e) 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

**(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

\*          \*          \*

1

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

DATED:_March 11, 2016

SINSON LAW GROUP

BY:_/S/ Kent D. Sinson
KENT D. SINSON
One of the Attorneys for Plaintiff

Sinson Law Group
20 North Wacker Drive, Suite 1010
Chicago, Illinois 60606
(312) 332-2107
ARDC #6196953

2